# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  CAUSE NO. 1:18CR19-LG-JCG-1

**LYNDELL MARCEL PRITCHARD**

## ORDER DENYING DEFENDANT'S MOTIONS TO SUPPRESS

**BEFORE THE COURT** are the [26] Motion to Suppress and the [43] Amended Motion to Suppress filed by the defendant Lyndell Marcel Pritchard. For the reasons stated into the record at the hearing held on July 30, 2018, the Court finds that the Motions to Suppress should be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [26] Motion to Suppress and the [43] Amended Motion to Suppress filed by the defendant Lyndell Marcel Pritchard are **DENIED**.

**SO ORDERED AND ADJUDGED** this the 30th day of July, 2018.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge